# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

STEVEN L. FARRIS                      PLAINTIFF

v.              No. 4:18-cv-392-DPM

NANCY A. BERRYHILL,
Acting Commissioner, Social
Security Administration                DEFENDANT

## ORDER

No one has objected to Magistrate Judge Harris's Recommended Disposition, № 16. After reviewing for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the recommendation. Farris's complaint will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 May 2019