# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

STEVEN L. FARRIS                                                PLAINTIFF

v.                      No. 4:18-cv-392-DPM

NANCY A. BERRYHILL,
Acting Commissioner, Social
Security Administration                                         DEFENDANT

## JUDGMENT

Farris's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

16 May 2019